# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW McDONALD, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMPELLENT TECHNOLOGIES, INC., PHILIP E. SORAN, and JOHN R. JUDD,<br><br>Defendants. | Civil No.  10-cv-01566   PJS/SRN<br><br>**ORDER** |

Based upon the Stipulation [Docket Entry 4] of the parties,

**IT IS HEREBY ORDERED** that:

1) No later than 45 days following the entry of an Order appointing a Lead Plaintiff, the Lead Plaintiff shall file an Amended Consolidated Complaint (the "Complaint"), which Complaint shall supersede all previous complaints in this action.

2) Defendants shall, no later than 45 days after the filing of the Complaint, answer, move or otherwise respond to the Complaint.  Defendants shall have no obligation to answer, move or otherwise respond to the initial complaint filed in this action.

3) Lead Plaintiff shall, no later than 45 days after the filing of any motion to dismiss by Defendants, file and serve its response to the motion to dismiss.

4) Defendants shall, no later than 30 days after the filing by Lead Plaintiff of its response to Defendants' motion to dismiss, file and serve any reply in support of the motion to dismiss.

Dated:  May 18, 2010        <u>s/ Susan Richard Nelson</u>
                            Susan Richard Nelson
                            United States Magistrate Judge

fb.us.5212441.01