✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

ANDREW McDONALD, individually and on behalf of all others similarly situated,

Plaintiff,

V.

COMPELLENT TECHNOLOGIES, INC., PHILIP E. SORAN, JOHN R. JUDD, JOHN P. GUIDER, CHARLES BEELER, and R. DAVID SPRENG,

Defendants.

## JUDGMENT IN A CIVIL CASE

Case Number: 10-CV-1566 (PJS/SER)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The motion to dismiss of defendant Compellent Technologies, Inc. [Docket No. [32] is GRANTED.
2. Plaintiff's complaint is DISMISSED WITH PREJUDICE AND ON THE MERITS.

August 1, 2011
Date

RICHARD D. SLETTEN, CLERK

s/M. Price
(By) M. Price, Deputy Clerk